| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------X<br>PATRICK FRATELLONE, MD, d/b/a<br>FRATELLONE MEDICAL ASSOCIATES, LLP,<br><br>                              Plaintiffs,<br>   -against-<br><br>MICHAEL O. LEAVITT, Secretary of the Department<br>Of Health and Human Services and the Centers<br>For Medicare and Medicaid Services,<br><br>                              Defendants.<br>------------------------------------------------------------------------X | INDEX NO.<br>08 CV 03100 (RMB)<br><br>ECF CASE<br><br>AFFIRMATION<br><u>OF SERVICE</u> |

       **ABRAHAM WAX**, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

       On March 27, 2008, I served the within SUMMONS AND COMPLAINT via CERTIFIED MAIL / RETURN RECEIPT REQUESTED, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York, addressed to the persons set forth below at the last known address set forth after each name.

Dated: New York, New York
       March 28, 2008

                                                               /s/
                                            _____
                                            **Abraham Wax**

TO:    **MICHAEL O. LEAVITT, Secretary of the Department**
**Of Health and Human Services and the Centers**
**For Medicare and Medicaid Services**
**26 Federal Plaza**
**New York, NY 10278**

**United States Attorney S.D.N.Y.**
**Civil Clerk's Office**
**1 St. Andrews Plaza**
**New York, NY 10007**

**United States Attorney General**
**950 Pennsylvania Avenue**
**Washington, DC 20530**