

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3d Floor*
*New York, New York 10007*

July 23, 2008

<u>BY HAND</u>
The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United
　States Courthouse
500 Pearl Street, Room 650
New York, NY 10007



　　　　Re:　*Fratellone v. Leavitt*,
　　　　　　08 Civ. 3100 (RMB)

Dear Judge Berman:

　　I write regarding the above-referenced action challenging the decision of an administrative law judge, holding that Medicare had paid certain monies to plaintiff in error, which is scheduled for a preliminary conference on July 28, 2008, at 9:00 a.m. I write to inform the Court that, regrettably, counsel for plaintiff, Abraham Wax, recently passed away. I enclose a copy of Mr. Wax's death certificate which was forwarded to me by Manuel Pardo, Mr. Wax's paralegal, who is handling the winding-down of Mr. Wax's practice. Mr. Pardo has spoken to plaintiff, who indicates that he intends to search for substitute counsel. Accordingly, I respectfully request that the initial conference be postponed until such time as plaintiff's substitute counsel appears in this matter. I have copied Mr. Pardo on this letter, who has assured me that it will be forwarded to plaintiff.

　　Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2008

Adjourned to 9/10/08 @ 9:00 AM

SO ORDERED
Date: 7/24/08
Richard M. Berman, U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
Telephone: (212) 637-2741

cc:   BY FEDERAL EXPRESS
Abraham Wax, Esq.
c/o Manuel Pardo
Abraham Wax, P.C.
Attorneys for plaintiff
750 Third Avenue, 29th Floor
New York, NY 10017