MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No. (212) 637-2741
Facsimile No. (212) 637-2750
Email: andrew.mcneela@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICK FRATELLONE. M.D., d/b/a :
FRATELLONE MEDICAL ASSOCIATES, LLP., :
:
            Plaintiff, :
:
           v. :   Dkt. No. 08 Civ. 3100 (RMB)
:
MICHAEL O. LEAVITT, Secretary of the :
Department of Health and Human Services, and :   **NOTICE OF FILING OF**
THE CENTERS FOR MEDICARE AND :   **ADMINISTRATIVE RECORD**
MEDICAID SERVICES, :
:
           Defendants. :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the defendants, Michael O. Leavitt, Secretary of the Department of Health and Human Services, and the Center for Medicare and Medicaid Services, file herewith the Administrative Record as part of their Answer in the above-captioned matter pursuant to 42 U.S.C. § 405(g).

Dated: New York, New York
August 27, 2008

        MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:     /s/
ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Tel: (212) 637-2741
Fax: (212) 637-2750

To: Abraham Wax, Esq.
c/o Manuel Pardo
Abraham Wax, P.C.
Attorneys for plaintiff
750 Third Avenue, 29th Floor
New York, NY 10017